Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Shultz, et al., ) | Case No: 3:20-cv-04375 |
| ) Plaintiff(s), ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. ) | (CIVIL LOCAL RULE 11-3) |
| TTAC Publishing, LLC, a Nevada limited liability company, ) | |
| ) Defendant(s). ) | |

I, Taylor T. Smith, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Michelle Shultz in the above-entitled action. My local co-counsel in this case is Rebecca Davis, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3900 E. Mexico Ave., Suite 300<br>Denver, CO 80210 | 1939 Harrison St., Suite 150<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (720) 907-7628 | (510) 836-4200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tsmith@woodrowpeluso.com | rebecca@lozeaudrury.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51162.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/2/2020

Taylor T. Smith
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Taylor T. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 6, 2020

*[signature]*
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                               *October 2012*