# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SHULTZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TTAC PUBLISHING, LLC, a Nevada limited liability company,

Defendant.

Case No. 4:20-cv-04375-HSG

[~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST FOR BRIEFING SCHEDULE RELATED TO MOTION TO COMPEL ARBITRATION

Plaintiff and Defendant, by and through their counsel of record, stipulate that this Court continue the deadlines in which Plaintiff's opposition brief is to be filed to September 25, 2020 and Defendant's reply brief to be filed to October 9, 2020.

WHEREAS, the Court having reviewed the stipulation and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** the time within which Plaintiff has to file and serve its opposition brief is extended up to and including **September 25, 2020**, and the time within which Defendant have to file and serve their reply brief is extended up to and including **October 9, 2020**.

**IT IS SO ORDERED.**

Dated: 9/2/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1