SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
E mail        jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
Neil Asnen (*pro hac vice* application to be filed)
450 Seventh Avenue, 40th Floor
New York, New York 10123
TEL: 212-246-0900
FAX: 212-216-9559
nasnen@kleinmoynihan.com

Attorneys for TTAC PUBLISHING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SHULTZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TTAC PUBLISHING, LLC,<br><br>Defendant. | Case No. 4:20-cv-4375-HSG<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>*Honorable Haywood S. Gilliam, Jr.* |

**NOTICE OF APPEAL**

Notice is given that Defendant TTAC Publishing, LLC ("Defendant" or "TTAC") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Compel Arbitration (ECF 23) entered in this case on October 26, 2020.  The complaint in this case was filed in the United States District Court for the Northern District of California on June 30, 2020.  This is not a cross-appeal, and there have been no previous appeals in this case.  The appellate docketing fee is being paid concurrently with the filing of this notice of appeal.  The representation statement follows this notice of appeal as required by Ninth Circuit Rule 3-2(b).

Dated:  November 24, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Jay T. Ramsey*
           JAY T. RAMSEY

Attorneys for TTAC PUBLISHING, LLC

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant TTAC Publishing, LLC submits this representation statement. The following list identifies all parties to the action as well as their respective counsel and appropriate contact information.

| Parties | Counsel of Record |
|---|---|
| Michelle Schultz<br>Plaintiff/Appellee | Richard T. Drury (SBN 163559)<br>richard@lozeaudrury.com<br>Rebecca Davis (SBN 271662)<br>rebecca@lozeaudrury.com<br>LOZEAU DRURY LLP<br>1939 Harrison, Suite 150<br>Oakland, CA 94612<br>Telephone: (510) 836-4200<br>Facsimile: (510) 836-4205<br><br>Patrick H. Peluso (pro hac vice)<br>ppeluso@woodrowpeluso.com<br>Taylor T. Smith (pro hac vice)<br>tsmith@woodrowpeluso.com<br>WOODROW & PELUSO, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0676<br>Facsimile: (303) 927-0809 |
| TTAC Publishing, LLC | Sheppard Mullin Richter & Hampton LLP<br>Jay T. Ramsey, jramsey@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: 310-228-2259<br>Facsimile: 310-228-3701 |