UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHELLE SHULTZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TTAC PUBLISHING, LLC,<br><br>    Defendant. | Case No. 4:20-cv-4375-HSG<br><br>**ORDER ON STIPULATION AND NOTICE REGARDING BRIEFING SCHEDULE ON MOTION TO STAY**<br><br>*Honorable Haywood S. Gilliam, Jr.* |

1  The Court, having reviewed the stipulation filed by Defendant TTAC Publishing, LLC ("Defendant" or "TTAC") and Plaintiff Michelle Schultz, hereby ORDERS as follows:

  1. TTAC will file its Motion to Stay on or before December 2, 2020;
  2. Plaintiff will file any opposition on or before December 11, 2020; and
  3. TTAC will file any reply on or before December 16, 2020.
  4. TTAC will set the matter for hearing at the earliest available date at the time of filing.  To the extent the Court wishes to address the matter sooner and hear from the parties, the Court may decide to move the hearing date at its convenience.

IT IS SO ORDERED

Dated:  11/25/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.