SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
E mail jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
Neil Asnen (*pro hac vice* application to be filed)
450 Seventh Avenue, 40th Floor
New York, New York 10123
TEL: 212-246-0900
FAX: 212-216-9559
nasnen@kleinmoynihan.com

Attorneys for TTAC PUBLISHING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SHULTZ, individually and on behalf of others similarly situated,

Plaintiff,

v.

TTAC PUBLISHING, LLC,

Defendant.

Case No. 4:20-cv-4375-HSG

**DECLARATION OF JAY T. RAMSEY IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY**

**Date: Jan. 7. 2021**
**Time: 2:00 p.m.**
**Ctrm: 2, 4th Floor**

*Honorable Haywood S. Gilliam, Jr.*

# DECLARATION OF JAY T. RAMSEY

I, Jay T. Ramsey, hereby declare as follows:

1. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, counsel of record herein for Defendant TTAC Publishing, LLC. I make this declaration based on facts known by me to be true and correct, as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of Dkt. No. 15-5 from the trial court docket of the case that resulted in the Southern District of California decision in *Crawford v. Beachbody, LLC*, 2014 WL 6606563 (S.D. Cal. Nov. 5, 2014). The trial court case number was 3:14-cv-01583-GPC-KSC (S.D. Cal.). Exhibit 1 is an exhibit to the motion to compel arbitration filed in that case, and it sets forth the design and content of the website at issue in that case. I downloaded the exhibit from PACER.

3. Attached hereto as Exhibit 2 is a true and correct copy of Dkt. No. 10-4 from the trial court docket of the case that resulted in the Ninth Circuit decision, *Nguyen v. Barnes & Noble Inc.*, 763 F.3d 1171. The trial court case number was 8:12-cv-00812-JLS-DFM (C.D. Cal.). Exhibit 2 is an exhibit to the motion to compel arbitration filed in that case, and it sets forth the design and content of the website at issue in that case. I downloaded the exhibit from PACER.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dkt. No. 24-2 from the trial court docket of the case that resulted in the Central District of California's decision in *Rodriguez v. Experian Servs. Corp.*, 2015 WL 12656919 (C.D. Cal. Oct. 5, 2015). The trial court case number was 2:15-cv-03553-R-MRW (C.D. Cal.). Exhibit 3 is an exhibit to the motion to compel arbitration filed in that case, and it sets forth the design and content of the website at issue in that case. I downloaded the exhibit from PACER.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on December 2, 2020.

*/s/ Jay T. Ramsey*
JAY T. RAMSEY