# **EXHIBIT 1**

# EXHIBIT B

Case 4:20-cv-04375-HSG   Document 30-2   Filed 12/02/20   Page 3 of 20
Case 3:14-cv-01583-GPC-KSC   Document 15-5   Filed 09/15/14   PageID.116   Page 2 of 3
At Home Workout Videos & Fitness Programs - Beachbody.com                    Page 1 of 2



**Important:** Billing Name, Address, and Zip Code must be the same as on your billing statement.

By clicking *Place Order* below, you are agreeing that you have read and understand the Beachbody Purchase Terms and Conditions, and Team Beachbody Terms and Conditions.

**PLACE ORDER**

Home | About Us | Press | Newsletters | Message Boards | Customer Service | Live Chat | My Account | Terms of Use | Privacy Policy | Site Map | Contact Us

†Results may vary. Exercise and proper diet are necessary to achieve and maintain weight loss and muscle definition.
Please consult with a physician before beginning any exercise program.
© 2014 Beachbody, LLC. All rights reserved.

**<u>EXHIBIT 2</u>**

# EXHIBIT 2














Exhibit 2, Page 13

https://cart4.barnesandnoble.com/...     5/24/2012     Page 1 of 1














Exhibit 2, Page 16








Exhibit 2, Page 18

https://cart4.barnesandnoble.com/...     5/24/2012     Page 1 of 1



# Thank you for your order!

**Your Order Number:** 383964475

An email confirming the details of your order will be sent within 30 minutes.

**Order Total: $13.98** has been paid by credit card.

## Recommendations based on your order

     

| Harry Potter and the Chamber... | The Lightning Thief (Percy... | The Sea of Monsters (Percy... | The Maze of Bones (The 39... | Harry Potter and the Prisoner... | Harry Potter and the Goblet of... |
|---|---|---|---|---|---|
| J. K. Rowling | Rick Riordan | Rick Riordan | Rick Riordan | J. K. Rowling | J. K. Rowling |
| Paperback $8.98 | Paperback $7.99 | Paperback $7.99 | Hardcover $8.44 | Paperback $8.98 | Paperback $10.98 |

ADVERTISEMENT



Exhibit 2, Page 19

http://www.barnesandnoble.com/t...     5/24/2012     Page 1 of 2

Be in the Know.
Sign up for savings, news, updates.
Please enter a valid email address.
We're having trouble saving your address. Please try again.
Thank you. A welcome email has been sent.



Read What You Love.
Anywhere You Like
NOOK for iPad™
NOOK for iPhone®
NOOK for Android™
NOOK for PC™
NOOK for Mac™
Learn More
Keep Up with BN's Buzz.

| B&N Services | | Shipping & Delivery | Quick Help | |
| --- | --- | --- | --- | --- |
| About B&N | Affiliate Network | Advanced Search | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Advertise | B&N MasterCard | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | Publisher & Author Guidelines | Bulk Order Discounts | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | B&N Membership | B&N Bookfairs | Store Returns | Product Recalls | |
| | | My B&N | | | Terms of Use, |
| | | | Copyright, and Privacy Policy | | |

© 1997-2012 Barnesandnoble com llc

Exhibit 2, Page 20

**<u>EXHIBIT 3</u>**

# You Are 90 Seconds Away From Better Results!

| | |
|---|---|
| Total Debt Amount | $20,000 - $30,000 |
| Your Title | Select One |
| Your Age | Select One |
| First Name | |
| Last Name | |
| Email Address | |
| Phone Numbers | Home ( 310 ) __ - __ |
| | Work/Cell __ __ __ |

**Click to See Your FREE Results**

AS SEEN ON:
- EBONY
- CBS NEWS
- Los Angeles Times
- CNBC

By clicking the button above you agree to be matched with up to 4 professional financial agencies and for them to contact you even if your telephone number is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056

   

(UNKNOWN) (Q-1) (T-8048) (P-6028) (PG-42040) (S-1)




