SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
E mail         jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
Neil Asnen (*pro hac vice* application to be filed)
450 Seventh Avenue, 40th Floor
New York, New York 10123
TEL: 212-246-0900
FAX: 212-216-9559
nasnen@kleinmoynihan.com

Attorneys for TTAC PUBLISHING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SHULTZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TTAC PUBLISHING, LLC,<br><br>Defendant. | Case No. 4:20-cv-4375-HSG<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION TO STAY**<br><br>**Date: February 4. 2021**<br>**Time: 2:00 p.m.**<br>**Ctrm: 2, 4th Floor**<br><br>*Honorable Haywood S. Gilliam, Jr.* |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 4, 2021 at 2:00 p.m. or as soon thereafter as counsel may be heard by the above-captioned Court, located at 1301 Clay Street, Oakland, CA 94612, Courtroom 2 – 4th Floor, Honorable Haywood S. Gilliam, Jr. presiding, Defendant TTAC Publishing, LLC will and hereby do move the Court for an order staying the action pending resolution of the appeal filed by TTAC regarding the Court's order denying TTAC's motion to compel arbitration.  The Motion is based on the previously filed Notice of Motion and Motion and supporting documents – Dkt. No. 30.

Dated:  December 3, 2020     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Jay T. Ramsey*
           JAY T. RAMSEY

Attorneys for TTAC PUBLISHING, LLC