UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SHULTZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TTAC PUBLISHING, LLC,<br><br>　　　　Defendant. | Case No. 20-cv-04375-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on March 23, 2021. Having considered the parties' proposal, *see* Dkt. No. 40, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings | May 21, 2021 |
| Close of Individual Fact Discovery | September 24, 2021 |
| Case Management Statement Due | September 28, 2021 |
| Telephonic Case Management Conference | October 5, 2021, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

//
//
//
//
//

All parties, counsel, and members of the public and press may use the following dial-in information below to access the telephonic case management conference:

    **Dial In:** 888-808-6929

    **Access Code:** 6064255

**IT IS SO ORDERED.**

Dated: 3/24/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge